UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA KARISIK-TOSK,<br>        Plaintiff,<br>v.<br>ANDREW SAUL,<br>        Defendant. | Case No. 20-cv-03101-JCS<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 16 |

Defendant Andrew Saul, Commissioner of Social Security (the "Commissioner"), moves for an extension of time to file his answer and the administrative record for this action, based on backlogs caused by the COVID-19 pandemic. In light of the Commissioner's representation that Plaintiff Regina Karisik-Tosk's counsel does not oppose the request, and good cause having been shown, the deadline for the Commissioner to file his answer and the administrative record is CONTINUED to February 8, 2021.

Going forward, the Court asks that when the parties have agreed to an extension or similar request for relief, counsel file the request as a stipulation under Civil Local Rule 6-2. If an extension is needed based on known or foreseeable circumstances like the current backlog, and the opposing party does not consent to the request, counsel should file the request as a motion under Civil Local Rule 6-3 well in advance of the deadline at issue—at the very least, allowing four days for the opponent to respond under Civil Local Rule 6-3(b) before the deadline is reached.

**IT IS SO ORDERED.**

Dated: December 8, 2020

JOSEPH C. SPERO
Chief Magistrate Judge