UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. K.-T.,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>        Defendant. | Case No. 20-cv-03101-JCS<br><br>**ORDER FOR PLAINTIFF TO FILE STATEMENT OF ADMINISTRATIVE RECORD** |

On September 18, 2020, the Court ordered the parties to meet and confer and file either a joint statement of the record or separate statements of the record, with the first such statement to be filed in conjunction with Plaintiff's motion for summary judgment. Dkt.15. Plaintiff filed her motion on April 22, 2021 but failed to file a statement of the administrative record as required by the Court's previous order.

The parties are once again ORDERED to meet and confer, no later than May 11, 2021, to determine whether they can agree to a joint statement of the record or if it will be necessary to file separate statements of the record. Plaintiff shall file either the parties' joint statement or her own separate statement no later than May 18, 2021. If, as a result of that delay, the Commissioner needs additional time to file his cross motion for summary judgment, the parties may stipulate to a reasonable extension.

        **IT IS SO ORDERED.**

Dated: May 4, 2021

JOSEPH C. SPERO
Chief Magistrate Judge